UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
CALENTURE, LLC, and                                    :
MARK RUBENSTEIN,
                                                       :
              Plaintiffs,
                                                       : Civil Action No. 21-cv-1416-JPO
       v.
                                                       :
EOS ENERGY ENTERPRISES, INC.
(f/k/a B. Riley Principal Merger Corp. II)             : **STIPULATION**

              Defendant.                               :
-------------------------------------------------------------------------

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

1. Defendant shall file its motion to dismiss the Complaint on or before April 26, 2021.

2. Plaintiffs shall file any papers in opposition to the Defendants' motion to dismiss the Complaint on or before May 26, 2021.

3. Defendant shall file any reply papers in further support of its motion to dismiss the Complaint on or before June 9, 2021.

4. This stipulation may be executed in counterparts and scanned copies of signatures shall be deemed equivalent to, and treated the same as, original signatures.

Dated: New York, New York
       April 19, 2021

MORRISON COHEN LLP

By: _/s/ Donald Chase_____
   Donald H. Chase (DC-6708)
909 Third Avenue, 27th Floor
New York, New York 10022

_/s/ Miriam Tauber_____
Miriam Tauber (MT-1979)
885 Park Avenue #2A
New York NY 10075
(323) 790-4881
MiriamTauberLaw@gmail.com

(212) 735-8684  
dchase@morrisoncohen.com

*Attorneys for Defendant*

*[signature]*  
David Lopez (DL-6779)  
PO Box 323, 171 Edge of Woods Rd.  
Southampton, NY 11969  
(631) 287-5520  
DavidLopezEsq@aol.com

*[signature]*  
James A. Hunter (JH-1810)  
42 Stagecoach Rd.  
Pipersville, PA 18947  
(484) 437-5935  
hunter@hunterkmiec.com

*Attorneys for Plaintiffs*

So ordered.  
April 20, 2021

*[signature]*  
J. PAUL OETKEN  
United States District Judge