# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALENTURE, LLC,<br>and MARK RUBENSTEIN,<br><br>                Plaintiffs,<br>      v.<br><br>EOS ENERGY ENTERPRISES, INC.<br>(*f/k/a B. Riley Principal Merger Corp. II*),<br><br>                Defendant. | No. 21-CV-1416 (JPO)<br>      _____<br>        (ECF Case) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs and their counsel hereby give notice that Plaintiffs voluntarily dismiss this case with prejudice and without costs as to any party.

Dated: New York, New York
         May 4, 2021

*s/ Miriam Tauber*
Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Ave #2A, New York NY 10075
(323) 790-4881 |
MiriamTauberLaw@gmail.com

*s/ David Lopez*
David Lopez (DL-6779)
LAW OFFICES OF DAVID LOPEZ
PO Box 323 | 171 Edge of Woods Rd.
Southampton, NY 11969
(631) 287-5520 | DavidLopezEsq@aol.com

*s/ James A. Hunter*
James A. Hunter (JH-1910)
42 Stagecoach Rd., Pipersville, PA 18947
(484) 437-5935 |
JamesAHunterLaw@gmail.com

*Attorneys for Plaintiffs*
*Calenture, LLC and Mark Rubenstein*